## Guthrie *v.* Guthrie, Appellant.

Argued April 9, 1974. *Frank C. Carroll,* with him *James R. Donaldson,* for appellant; *Sanford S. Finder,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent review of the entire record we are of the opinion that the court below properly granted a divorce in this case.

## J. Castellucci Excavating et al. *v.* Sprys, Appellant.

Argued April 11, 1974. *Allen N. Brunwasser,* for appellant; *Frank J. Kernan,* with him *Plowman & Spiegel,* for appellees.

Judgment affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

## Julien Construction Company *v.* Coco Bros., Inc. et al., Appellants.

Argued April 10, 1974. *Harold F. Reed, Jr.,* with him *Morgan H. Sohn,* and *Reed, Sohn, Reed & Kunselman,* for appellants; *Gretchen Sohn Reed,* with her *Oran W. Panner,* and *Panner, Holland and Autenreith,* for appellee.

Judgment affirmed.